# IN THE COURT OF APPEALS OF TENNESSEE

## EASTERN SECTION AT KNOXVILLE

FILED

October 30, 1997

Cecil Crowson, Jr.
Appellate Court Clerk

MARY HELEN WHITTLE WOLFE,    )    HAMILTON CIRCUIT

                            )    NO. 03A01-9704-CV-00107

        Plaintiff/Appellant    )

                            )

v.                           )    HON. GARY GERBITZ

                            )    JUDGE

JOHN TROY WOLFE,        )    By Interchange

                            )

        Defendant/Appellee   )    AFFIRMED

John P. Konvalinka and Antonio L. Matthews, Chattanooga, for Appellant.

Glenna M. Ramer, Chattanooga, for Appellee.

## MEMORANDUM OPINION

INMAN, Senior Judge

The monetary terms of the dissolution of the appellant's eighth (8th) marriage were not satisfactory to her, and she appeals.

A traditional opinion would neither serve the ends of justice nor nourish the body of domestic relations law in this jurisdiction.

This case is peculiarly adaptive to the application of RULE 10, RULES OF THE COURT OF APPEALS,[1] and the judgment is in all respects affirmed with costs assessed to the appellant.

---

[1] **10. Affirmance Without Opinion - Memorandum Opinion.**
    **(b) Memorandum Opinion.** The Court, with the concurrence of all judges participating in the case, may affirm, reverse or modify the actions of the trial court by memorandum opinion when a formal opinion would have no precedential value. When a case is decided by memorandum opinion it shall be designated "MEMORANDUM OPINION," shall not be published, and shall not be cited or relied on for any reason in a subsequent unrelated case. [As amended by order filed April 22, 1992.]

_____
William H. Inman, Senior Judge

CONCUR:


_____
Houston M. Goddard, Presiding Judge


_____
Charles D. Susano, Jr., Judge